No. 55515.—R. W. Smith *v.* United States, protests 145732–K (Galveston).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 55516.—William Faehndrich, Inc. *v.* United States, protest 164657–K/13086 (New Orleans).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.